United States District Court
Southern District of Texas
**ENTERED**
May 21, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:20-CV-23 |
| | § | |
| **2.9449 ACRES OF LAND, MORE OR LESS and ANTONIO J. MEDINA, JR.** | § § § | |
| | § | |
| Defendants. | § | |

## ORDER

On May 21, 2020, the Court conducted the Initial Pretrial and Scheduling Conference in this matter. Defendant Antonio J. Medina, Jr. ("Mr. Medina"), who is unrepresented by counsel, appeared telephonically for the conference. Mr. Medina previously conferred with counsel for the United States of America ("United States") and participated in the drafting of the Joint Discovery/Case Management Plan (Dkt. No. 8) in preparation for the May 21, 2020 Initial Pretrial and Scheduling Conference. (*Id.*).

The parties asserted in the Joint Discovery/Case Management Plan, and confirmed at the initial pretrial and scheduling conference, that discovery is not necessary in this case. (*Id.* at 2–3). Defendant does not oppose Plaintiff's motion for an order of immediate possession (Dkt. No. 7), and the sole remaining disputed issue in this matter is the amount of just compensation. Based on the foregoing, the Court finds that discovery is unnecessary at this time.

In light of the information provided in the Joint Discovery/Case Management Plan (Dkt. No. 8) and at the initial scheduling and pretrial conference (Min. Entry dated May 21, 2020), the Court finds good cause to postpone setting Rule 16(b)(3)(A) deadlines in this case until after the parties have had an opportunity to further discuss a mutually agreed resolution of this matter.

Accordingly, the Court SETS a telephonic status conference for **June 23, 2020, at 11:00 a.m.**[1] In the event this matter is not resolved prior to the status conference, the Court intends to discuss the setting of deadlines and entry of a scheduling order at that time.

It is so **ORDERED**.

**SIGNED** on May 21, 2020.

John A. Kazen
United States Magistrate Judge

---

[1] The Plaintiff shall initiate a conference call with all parties, and then place a call to the Court at (956) 790-1757, after all parties have been connected to the phone call. It is each participant's obligation to insure they have a clear telephone connection and that they can communicate clearly with the Court during the hearing. To this end, each participant should endeavor to be on a landline telephone and not a cellular telephone. If any participant has a poor telephone connection that interferes with the Court's ability to conduct the hearing, the Court may recess the hearing and order the participant with the poor telephone connection to attend the hearing in person at a future date.