IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States Courts
Southern District of Texas
FILED
*June 24, 2020*

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff,* | § | |
| v. | § | CASE NO.   5:20-CV-023 |
| 2.9449 ACRES OF LAND, MORE OR LESS, SITUATE IN WEBB COUNTY, STATE OF TEXAS; AND ANTONIO J. MEDINA, JR., | § | |
| *Defendants.* | § | |

## CLERK'S RECEIPT

I, David J. Bradley, Clerk of the United States District Court for the Southern District of Texas, do hereby certify that on June 18, 2020, I received from the United States of America, Plaintiff herein, a direct deposit into the Registry of the Court in the amount of **ONE HUNDRED DOLLARS AND NO CENTS** ($100.00), being the amount of additional just compensation in the above entitled condemnation proceeding.

CLERK, UNITED STATES DISTRICT COURT

By: *Kathy Nguyen*
**Deputy Clerk**